UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-8187-BER

UNITED STATES OF AMERICA

v.

RUBEN ANTONIO JOYA-FLORES,

　　　　　Defendant.
_____/

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:  Rinku.Tribuiani@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-8187-BER |
| RUBEN ANTONIO JOYA-FLORES, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 04/04/2025 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) and (b)(1) | Illegal re-entry after removal |

FILED BY ___TM___ D.C.
Apr 9, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____

Digitally signed by Bruce Reinhart
Date: 2025.04.09 11:29:36 -04'00'
*Judge's signature*

City and state: West Palm Beach, FL

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## <u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Ruben Antonio JOYA-FLORES committed the offense of illegal re-entry into the United States after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about April 4, 2025, Ruben Antonio JOYA-FLORES was arrested in Palm Beach County, Florida for burglary with a battery, aggravated assault with a deadly weapon, and installation of a tracking device. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Ruben Antonio JOYA-FLORES is a native and citizen of El Salvador. Records further show that on or about April 8, 2008, Ruben Antonio JOYA-FLORES was ordered removed from the United States. On or about August 18, 2010, Ruben Antonio JOYA-FLORES departed the

United States on board American Airlines flight number AA2119 from Miami to Mexico, while order of removal was outstanding, thereby removing himself from the United States.

5. Thereafter, Ruben Antonio JOYA-FLORES re-entered the United States illegally and was removed from the United States and returned to El Salvador on three additional separate occasions, on or about following dates: March 8, 2011, February 10, 2012, and November 25, 2019.

6. Thereafter, Ruben Antonio JOYA-FLORES re-entered the United States illegally and on or about July 1, 2021, was expelled from the United States and returned to Mexico under the provisions of Title 42, United States Code, Section 265.

7. Records further show that on or about October 28, 2019, in the United States District Court, Southern District of Florida, Ruben Antonio JOYA-FLORES was convicted of the felony offense of Illegal Reentry into the United States after Removal, case number 19-80189-CR-DIMITROULEAS.

8. Ruben Antonio JOYA-FLORES's fingerprints taken in connection with his April 4, 2025 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Ruben Antonio JOYA-FLORES.

9. A records check was performed in the Computer Linked Application Informational Management System to determine if Ruben Antonio JOYA-FLORES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ruben Antonio JOYA-FLORES obtained consent from

the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 4, 2025, Ruben Antonio JOYA-FLORES, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of April 2025.

Digitally signed by Bruce Reinhart
Date: 2025.04.09 11:29:52 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3